**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIAM MORGAN                                                                                   PLAINTIFF

V.                                              No. 3:09CV00057 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER

On motion of Plaintiff, his time for filing Plaintiff's Appeal Brief is hereby extended to and including September 21, 2009.

DATED this 20th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE