# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIAM MORGAN                                                                              PLAINTIFF

VS.                                       3:09CV00057 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                    DEFENDANT

## ORDER

The Commissioner has filed an unopposed Motion (docket entry #15) to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record and to issue a new decision. Under these circumstances, a sentence four remand is appropriate. *See Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS THEREFORE ORDERED THAT Defendant's Motion to Remand (docket entry #15) is GRANTED. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 24th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE