IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM MORGAN                                                                                    PLAINTIFF

VS.                                               3:09CV00057 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                        DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 24th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE