IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM MORGAN                                                                    PLAINTIFF

VS.                                         3:09CV00057 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                          DEFENDANT

## ORDER

The Commissioner's Motion to Substitute Counsel (docket entry #23) is GRANTED.

IT IS SO ORDERED this 23rd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE